UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| VAUGHN K. TAYLOR,<br><br>    Plaintiff,<br><br>v.<br><br>TRS RECOVERY SERVICES INCORPORATED,<br><br>    Defendant. | 1:19-cv-02007-JRS-MJD |

**PLAINTIFF'S PRELIMINARY WITNESSES AND EXHIBITS LIST**

Pursuant to the Court's Case Management Plan, Vaughn K. Taylor ("Plaintiff") hereby submits Plaintiff's Preliminary Witnesses and Exhibits List to TRS Recovery Services, Incorporated ("Defendant").

    A. **Plaintiff's Preliminary Witnesses List,** or categories of witnesses, are:

        1. Plaintiff.

        2. Defendant's President, Office Manager, and other possible officers or employees.

        3. Unknown individuals currently and formerly under Defendant's employment with knowledge of Defendant's collection systems, policies and practices.

        4. Unknown individuals currently and formerly under the employment of Amazon, originator of the debt(s) that Defendant was seeking collection on, with knowledge of the business relationship and referral of accounts system to Defendant.

        5. Unknown individuals currently and formerly under Telecheck's employment

who will have knowledge of the business relationship between the parties.

6. All individuals disclosed by Defendant in Defendant's Initial Disclosures.

* Plaintiff reserves the right to supplement this Preliminary Witnesses List.

B. **Plaintiff's Preliminary Exhibits List,** or categories of exhibits, are:

1. All relevant business records of Defendant.

2. All relevant business records of accounts with Amazon, the originator of the debt(s) upon which Defendant was seeking collection.

3. All relevant business records between Defendant and Amazon, the originator of the debt(s) upon which Defendant was seeking collection.

4. All relevant records of Plaintiff.

5. All correspondences sent to Plaintiff by Defendant.

6. All correspondences sent by Amazon, the originator of the debt(s) upon which Defendant was seeking collection.

7. All correspondence Defendant sent to Telecheck regarding Plaintiff.

8. All correspondence Telecheck received from Defendant regarding Plaintiff.

9. All documents related to Plaintiff's damages.

10. All pleadings in this case.

11. All documents produced in discovery by Defendant.

12. All documents necessary for impeachment or rebuttal.

13. All exhibits that may be listed or used by Defendant.

14. All documents initially disclosed by Defendant pursuant to Federal Rule of Civil Procedure 26.

15. All recorded statements and/or depositions of any individuals with information relating to the subject matter of this litigation.

16. All other documents located through further investigation and/or discovery.

* Plaintiff reserves the right to supplement this Preliminary Exhibits List.

Dated: July 25, 2019

Respectfully submitted,

s/ Nathan C. Volheim
Nathan C. Volheim, Esq. #6302103
Counsel for Plaintiff
Admitted in the Southern District of Indiana
Sulaiman Law Group, Ltd.
2500 South Highland Avenue, Suite 200
Lombard, IL 60148
(630) 575-8181 x113 (phone)
(630) 575-8188 (fax)
nvolheim@sulaimanlaw.com

## **CERTIFICATE OF SERVICE**

    The undersigned, one of the attorneys for Plaintiff, certifies that on July 25, 2019, he caused a copy of the foregoing **PLAINTIFF'S PRELIMINARY WITNESSES AND EXHIBITS LIST**, to be served via email on:

Fox Rothschild LLP
Attn: Joshua Horn, Esq.
2000 Market Street, 20th Floor
Philadelphia. PA 19103
jhorn@foxrothschild.com

Massillamany Jeter & Carson LLP
Attn: Christopher P. Jeter
11650 Lantern Road, Suite 204
Fishers, IN 46038
Chris@mjcattorneys.com

*Counsel for Defendant, a TRS Recovery Services Incorporated.*

                                            s/ Nathan C. Volheim
                                            Nathan C. Volheim, Esq.
                                            *Counsel for Plaintiff*