# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF INDIANA
# INDIANAPOLIS DIVISION

| | |
|---|---|
| VAUGHN K. TAYLOR,<br><br>        Plaintiff,<br>v.<br><br>TRS RECOVERY SERVICES INCORPORATED,<br><br>        Defendant. | Case No. 1:19-cv-02007-JRS-MJD<br><br>Honorable Judge James R. Sweeney, II<br><br>Honorable Magistrate Judge Mark J. Dinsmore |

## AGREED STIPULATION OF DISMISSAL WITH PREJUDICE

IT IS HEREBY STIPULATED AND AGREED by and between the Plaintiff VAUGHN K. TAYLOR, and the Defendant, TRS RECOVERY SERVICES INCORPORATED, through their respective counsel that the above-captioned action is dismissed, with prejudice, against TRS RECOVERY SERVICES INCORPORATE, pursuant to Federal Rule of Civil Procedure 41. Each party shall bear its own costs and attorney fees.

Dated: October 10, 2019

Respectfully Submitted,

**VAUGHN K. TAYLOR**

/s/ Nathan C. Volheim
Nathan C. Volheim
*Counsel for Plaintiff*
Sulaiman Law Group, LTD
2500 S. Highland Avenue, Suite 200
Lombard, Illinois 60148
Phone: (630) 575-8181
Fax :(630) 575-8188
nvolheim@sulaimanlaw.com

**TRS RECOVERY SERVICES INCORPORATED**

/s/ Joshua Horn (*with consent*)
Joshua Horn
*Counsel for Defendant*
Fox Rothschild LLP
2000 Market Street, 20th Floor
Philadelphia, PA 19103
Phone: (215) 299-2184
jhorn@foxrothschild.com

## **CERTIFICATE OF SERVICE**

I hereby certify that I today caused a copy of the foregoing document to be electronically filed with the Clerk of Court using the CM/ECF system which will be sent to all attorneys of record.

s/ Nathan C. Volheim_____
Nathan C. Volheim
